IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-mj-07007-DBS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GRANT NEEDHAM,

Defendant.

---

ORDER GRANTING MOTION TO RESET ARRAIGNMENT

---

Plaintiff's Motion to Re-Set Arraingment [sic] [filed 09/06/2006, Document 14] is GRANTED. The arraignment of September 13, 2006, is hereby VACATED and RESET to **October 11, 2006**, at the hour of 10:00 a.m. in the U.S. Court located at 212 North Wahsatch, Colorado Springs, Colorado.

Dated at Colorado Springs, Colorado, this 7th day of September, 2006.

BY THE COURT:

s/Craig B. Shaffer
_____
Craig B. Shaffer
U.S. Magistrate Judge